IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERRICK DEVON MATHIS, #16052114, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL NO. 3:18-CV-1972-K-BK |
| SHERIFF MARIAN BROWN, et al., | § § § | |
| Defendants. | § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

IT IS THEREFORE ORDERED that Plaintiff's claim seeking to dismiss the pending state court misdemeanor charge in Case No. M17-18892 is **DISMISSED WITHOUT PREJUDICE** as barred by the *Younger* abstention doctrine, and that his claims for damages are summarily **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

Plaintiff's Motion to stay case, filed on October 12, 2018, is hereby DENIED.

SO ORDERED.

Signed October 15th, 2018.

                                              ED KINKEADE
                                              UNITED STATES DISTRICT JUDGE